IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN HUCKABY,

                Plaintiff

vs.

                                                Case No. 12-4100-JWL/DJW

STEPHENS & MICHAELS
ASSOCIATES, INC.; JOHN DOES 1-10;
And JANE DOES 1-10,

                Defendants

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**NOW** on this 8th day of July, 2013, the above-entitled matter comes before the Court for hearing on the parties' oral motion for dismissal. Plaintiff appears by and through his attorney, Mark D. Molner, of the Price Law Group, PC. Defendant Stephens & Michaels Associates, Inc., appears by and through its attorney, Stephanie B. Poyer, of Butler & Associates, P.A. There are no other appearances.

**WHEREUPON**, after examining the Court file, hearing the statements of counsel, and being otherwise duly and fully advised in the premises herein, the Court finds that the case should be dismissed with prejudice, with each party to bear their own costs, expenses and attorney's fees incurred herein.

       **IT IS SO ORDERED.**

                                                   s/ John W. Lungstrum
                                                   JUDGE OF THE DISTRICT COURT

Submitted and approved by:

PRICE LAW GROUP, PC


  /s/ Mark D. Molner
Mark D. Molner, #24493
2210 W. 75th St.
Prairie Village, KS 66208
Ph.  (913) 529-1474
Fax (818) 205-2730
mark@pricelawgroup.com
*Attorney for Plaintiff.*


BUTLER & ASSOCIATES, P.A.


  /s/ Stephanie B. Poyer
Todd B. Butler, #12711
Stephanie B. Poyer, #25055
3706 S. Topeka Blvd., Suite 300
Topeka, KS 66609
Ph.  (785) 267-6444
Fax (785) 267-7341
cnc@balaw.org

*Attorneys for Defendant
Stephens & Michaels Associates, Inc.*